## PASS CONERLY v. THE STATE.

CRIMINAL LAW. *Disturbing religious worship. Indictment.*
> An indictment for disturbing religious worship is fatally defective if it fails to state the nature or character of the disturbance.

APPEAL from the circuit court of Pike county.

HON. J. B. CHRISMAN, Judge.

Appellant, jointly with others, was indicted and convicted for disturbing religious worship. The indictment did not state the manner of the disturbance, but merely set out that appellant and others "unlawfully and willfully did disturb a congregation of persons lawfully assembled for religious worship, at the camp grounds, commonly known as the China Grove Camp-meeting Grounds."

The appellant moved to quash the indictment because it did not state how the congregation was disturbed. The motion was sus-

tained by the court, but afterward, at the same term, the order was vacated and the motion overruled.

*S. E. Packwood*, for appellant, filed a lengthy brief, discussing the evidence and contending that the verdict was not supported. Also that the indictment was insufficient for the reasons stated in the motion to quash. *Finch* v. *The State*, 64 Miss. 461; *Walton* v. *The State*, 64 Miss. 207; *U. S.* v. *Hess*, 124 U. S. 483.

*T. M. Miller*, attorney-general, for the state.

CAMPBELL, J., delivered the opinion of the court.

*Reversed; indictment quashed.*